ACCEPTED
14-15-00306-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 1:30:30 PM
CHRISTOPHER PRINE
CLERK

**APPELLATE CAUSE NO. 14-15-00306-CR**
**TRIAL CT. NO. 14-12-13200-CR (CT. I)**

**APPELLATE CAUSE NO. 14-15-00307-CR**
**TRIAL CT. NO. 14-12-13200-CR (CT. II)**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 1:30:30 PM
CHRISTOPHER A. PRINE
Clerk

**APPELLATE CAUSE NO. 14-15-00308-CR**
**TRIAL CT. NO. 14-12-13200-CR (CT. III)**

| | | |
|---|---|---|
| **DONALD ALLEN JULIAN** | § | **IN THE 14TH COURT** |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **HOUSTON, TEXAS** |

### THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Donald Allen Julian, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 9th Judicial District Court of Montgomery County, Texas.

2. The case below was styled the STATE OF TEXAS vs. DONALD ALLEN JULIAN, and numbered 14-12-13200-CR (COUNT I, II, & III).

3. Appellant was convicted of Fail to Report Change of Address (Count I); Registration of Persons Regularly Visiting Location (Count II); and Registration of Persons Regularly Visiting Location (Count III).

4. Appellant was assessed a sentence of 25 years confinement (EACH COUNT) in the Texas Department of Criminal Justice on March 11, 2015.

5. Notice of appeal was given on March 19, 2015.

6. The clerk's record was filed on May 12, 2015 and a supplemental clerk's record was filed on June 17, 2015; the reporter's record was filed on June 15, 2015.

7. The appellate brief is currently due on September 14, 2015.

8. Appellant requests an extension of time of 30 days from the present due date.

9. Two previous extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

William Pattillo, III, had an extensive work load in the Juvenile, Felony, and Misdemeanor Courts of Montgomery County, Texas.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Second Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of William Pattillo
430 N. Main
Conroe, Texas 77301
Tel: (936) 539-5522
Fax: (936) 539-5568

By: _____
William Pattillo
State Bar No. 00792745
Attorney for Donald Allen Julian
Email: williampattillo@hotmail.com

## CERTIFICATE OF SERVICE

This is to certify that on September 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Montgomery County, Texas, via email to bill.delmore@mctx.org.

_____
William Pattillo

**STATE OF TEXAS**             §
                                             §

**COUNTY OF MONTGOMERY**     §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared William Pattillo, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Second Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



William Pattillo
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on September 10, 2015, to certify which witness my hand and seal of office.

ROSA FLORES
My Commission Expires
March 20, 2017
NOTARY PUBLIC
STATE OF TEXAS

Notary Public, State of Texas